

# MANDATE

# The Fifteenth Court of Appeals

## NO. 15-24-00026-CV

Samuel San Miguel, Appellant

v.

Michael Searcy, Marsha McLane, Jessica Marsh, Kara Gougler, Rachel Kingston, Cristoval Salinas, Chris Greenwalt, John Cochran, Wayne Schmoker, Victoria Rodriguez, James Cruz, Michael Arenivaz, Deanna Rodriguez, Andres Flores, Alissa Correa, Adam Pierce, Michael Terrones, Brian Mosley, Jason Heaton, Appellees

---

Appealed from the 154th District Court of Lamb County. (Trial Court No. DCV-20363-20). Opinion delivered by Justice Field. Chief Justice Brister and Justice Field also participating.

---

**TO THE 154TH DISTRICT COURT OF LAMB COUNTY, GREETINGS:**

Before our Court of Appeals on January 30, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellees, Michael Searcy, Marsha McLane, Jessica Marsh, Kara Gougler, Rachel Kingston, Cristoval Salinas, Chris Greenwalt, John Cochran, Wayne Schmoker, Victoria Rodriguez, James Cruz, Michael Arenivaz, Deanna Rodriguez, Andres Flores, Alissa Correa, Adam Pierce, Michael Terrones, Brian Mosley, and Jason Heaton, signed,

November 30, 2023, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

Since appellant is indigent, we order no costs or fees to be incurred by appellee in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 7, 2025.

**CHRISTOPHER A. PRINE, CLERK**